WILLIAM ROBBIN v. LEWIS & HURST.

(No. 518, Op. Book No. 1, p. 681.)

APPEAL from Atascosa County. Opinion by WHITE, J.

§ 346. *Judgment coram non judice.* In this case the court adjourned over the trial from the civil term of the

county court until after the criminal term of said court had closed, and then took it up and disposed of it by trial. *Held,* that a judgment rendered under such circumstances is a nullity, it being *coram non judice.* [Cassiday v. State, 4 Ct. App. 96.]

June 22, 1878.          Reversed and remanded.